JAMES P. SHEA (State Bar No. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTONINA RIOS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | NO. 2:15-CV-~~04671-KES~~ 04761-AB (KES)<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, four hundred fifty dollars and no cents ($2,450.00), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: 4/1/16

*Karen E. Scott*

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE